IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ASHLEY N. SIMPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-18-839-SLP |
| YUMMY SEAFOODS, LLC, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered herein on September 11, 2018 [Doc. No. 5]. Judge Mitchell recommended that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 2], be granted in part and denied in part. She recommended that Plaintiff pay $25.00 per month toward the filing fee and that the Clerk of the Court should not issue process until at least $100.00 had been paid. As of this date, no objection to the Report and Recommendation has been filed; nor has an extension of time within which to object been sought or granted. Further, on October 2, 2018, Plaintiff paid $100.00 towards the filing fee. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. The following dates are established for Plaintiff to remit payment of at least $25.00 each month towards the remaining $300.00 balance of the filing fee until the filing fee is paid in full:

November 1, 2018

December 3, 2018

January 2, 2019

February 1, 2019

March 1, 2019

April 1, 2019

May 1, 2019

June 3, 2019

July 1, 2019

August 1, 2019

September 3, 2019

October 1, 2019

Plaintiff is cautioned that failure to pay the filing fee as directed could result in this matter being dismissed without prejudice.

The Clerk is directed to issue service upon Plaintiff providing the appropriate documents to the Court in accordance with Rule 4(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 4th day of October, 2018.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE